RECEIVED & FILED

JUN - 3 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re: BARBARA A. JOHNSTON

    Debtor.

---

In Re: BARBARA A. JOHNSTON

    Plaintiff,

vs.

JPMORGAN CHASE BANK, NA

    Defendant.

---

Case No.: 10-13508-1-rel
Chapter: 13

Adv. Proc. No.: 11-90018-1-rel

**STIPULATION OF DISMISSAL**

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, whereas JPMORGAN CHASE BANK, N.A. has appeared in this adversary proceeding, and no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the adversary proceeding, Plaintiff BARBARA A. JOHNSTON stipulates that the above entitled action be, and the same hereby is, dismissed and discontinued in its entirety with prejudice and without costs to any party as against any other party.

1

Dated: June 2, 2011
Albany, New York

LAW OFFICES OF RONALD KIM, ESQ.

*/s/ Ronald J. Kim*

Ronald J. Kim, Esq.
Attorney for Debtor/Plaintiff Barbara A.
   Johnston
36 Long Alley, Suite 101
P.O. Box 318
Saratoga Springs, New York 12866
(518) 581-8416


WHITEMAN OSTERMAN & HANNA LLP

*/s/ John J. Henry*

John J. Henry, Esq.
Attorneys for Secured Creditor/Defendant
   JPMorgan Chase Bank, N.A.
One Commerce Plaza
Albany, New York 12260
(518) 487-7600


JUN - 3 2011          SO ORDERED

_____
Chief U.S. Bankruptcy Judge


w:\17500\17570\plead\stip of dismissal of ap.docx

2